IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **BRENDAN PURNELL**,<br><br>    Plaintiff,<br><br>v.<br><br>**PEPSICO, INC.** and **TARGET CORPORATE SERVICES, INC.**,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>_____ |

## NOTICE OF REMOVAL

Defendant PepsiCo, Inc. hereby submits this Notice of Removal of the action referenced herein from the Superior Court of Tift County, Georgia, to the United States District Court for the Middle District of Georgia, Valdosta Division, respectfully showing as follows:

1.

PepsiCo, Inc. is one of the named defendants in a civil action brought in the Superior Court of Tift County, Georgia, styled *Brendan Purnell v. PepsiCo, Inc. and Target Corporate Services, Inc.*, Civil Action File no. 2022CV0123. Attached hereto and made a part hereof as Exhibits are:

- Exhibit "A": A copy of the Complaint filed by Plaintiff in the Superior Court of Tift County on March 24, 2022;

- Exhibit "B": A copy of the summons issued by the Clerk of the Superior Court of Twiggs County to PepsiCo, Inc. on March 24, 2022; and

- Exhibit "C": A copy of the Sheriff's Entry of Service reportedly reflecting service of process on someone on April 6, 2022.

The attachments hereto, Exhibits "A" through "C," constitute copies of all process, pleadings, and orders served on this Defendant in the action pending in the Superior Court of Tift County, Georgia.

2.

The aforementioned action was commenced by the filing of Plaintiff's complaint in the Superior Court of Tift County, Georgia on March 24, 2022.

3.

This Court has jurisdiction over this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the Plaintiff and all Defendants, and the amount in controversy exceeds $75,000.00, excluding interest and costs.[1]

4.

Pursuant to 28 U.S.C. § 1446(b)(1) and FED. R. CIV. P. 6(a), this Notice of Removal is filed within 30 days after receipt by the Defendant, through service or

---

[1] Although PepsiCo, Inc. denies Plaintiff is entitled to recover any such amounts from the Defendants, Plaintiff alleges in his Complaint for Damages that he is entitled to recover damages including "$50,000 for loss [sic] revenue, $100,000 for punitive damages, plus court costs, legal fees, and travel expenses to and from court." (Plaintiff's Complaint, Doc. 1-1, ¶ 24.)

otherwise, of a copy of a pleading, amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable. Defendant's first notice of this action came upon receiving the Complaint for Damages on or after April 6, 2022.

5.

The subject controversy is one between a resident of the state of Georgia (Plaintiff) and two defendants (only one of which has been properly joined and served) that are not citizens or residents of Georgia.

6.

Plaintiff is a citizen of the state of Georgia. (Complaint, Doc. 1-1, ¶ 1.)

7.

Defendant PepsiCo, Inc. is a North Carolina corporation with its principal place of business in the State of New York.

8.

Defendant Target Corporate Services, Inc., which on information and belief has not been properly served with process in this action, is a defunct Minnesota corporation with its principal place of business in the state of Minnesota.[2]

---

[2] The Georgia Corporations Division's online corporate information search reflects that Target Corporate Services, Inc. was dissolved in 2016.

9.

All named defendants who have been properly joined and served consent to the removal of this action.[3]

10.

The amount in controversy exceeds $75,000.00, excluding interest and costs, and this is a civil action brought in a Superior Court of the State of Georgia, of which the United States District Courts have original jurisdiction because of diversity of citizenship and the amount in controversy pursuant to 28 U.S.C. § 1332.

11.

Based on the complete diversity that exists between the parties and the amount in controversy, the pending action is one which Defendant PepsiCo, Inc. is entitled to remove to this Court pursuant to 28 U.S.C. §§ 1332 and 1446(b).

WHEREFORE, Defendant PepsiCo, Inc. prays that this Notice of Removal be filed, that said action be removed to and proceed in this Court, and no further proceedings be had in the said case in the Superior Court of Tift County, Georgia.

*[Signature of Counsel on Following Page]*

---

[3] As shown above, on information and belief, Target Corporate Services, Inc. has not been served with process in this action and is a defunct entity. Accordingly, its consent to the removal is not required pursuant to 28 U.S.C. § 1446(b)(2)(A).

Respectfully submitted this 6th day of May, 2022.

**HAWKINS PARNELL & YOUNG, LLP**

_____
Martin A. Levinson
Georgia Bar No. 141791
*Counsel for Defendant PepsiCo, Inc.*

303 Peachtree Street
Suite 4000
Atlanta, Georgia 30308-3243
(404) 614-7400
(404) 614-7500 (fax)
mlevinson@hpylaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **BRENDAN PURNELL**, | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE NO. |
| **PEPSICO, INC.** and **TARGET CORPORATE SERVICES, INC.**, | _____ |
| Defendants. | |

## CERTIFICATE OF SERVICE

I have served Plaintiff in this case with *Notice to Plaintiff of Removal to Federal Court* and *Notice of Removal (with Exhibits "A" through "C," Attorney's Affidavit, Affidavit of Filing in State Court of Fulton County, and Notice of Filing)* by placing copies in the U.S. Mail in an envelope with sufficient postage, addressed as follows:

Brendan Purnell
235 S. Queen Street, Suite 2
Dover, DE 19904

Brendan Purnell
2330 Scenic Hwy, Suite 300
Snellville, GA 30078

This 6th day of May, 2022.

**HAWKINS PARNELL & YOUNG LLP**

_____
Martin A. Levinson
Georgia Bar No. 141791
*Counsel for Defendant PepsiCo, Inc.*

303 Peachtree Street, N.E.
Suite 4000
Atlanta, GA 30308-3243
(404) 614-7400
(404) 614-7500 (fax)
mlevinson@hpylaw.com