**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

**BRENDAN PURNELL**,

      Plaintiff,

**v.**

**PEPSICO, INC.** and **TARGET CORPORATE SERVICES, INC.**,

      Defendants.

**CIVIL ACTION FILE NO.**

**7:22-cv-00043-WLS**

## CORPORATE DISCLOSURE STATEMENT

COMES NOW PepsiCo, Inc., a named defendant in this case, and files its *Corporate Disclosure Statement* pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 87.1, showing that there is no parent corporation or publicly-held corporation that owns 10% or more of the stock of this Defendant. A complete list of this Defendant's subsidiaries is included in Attachment "A."

Respectfully submitted, this 9th day of May, 2022.

HAWKINS PARNELL & YOUNG, LLP

303 Peachtree Street, N.E.
Suite 4000
Atlanta, GA 30308-3243
(404) 614-7400
(404) 614-7500 (fax)
mlevinson@hpylaw.com

Martin A. Levinson
Georgia Bar No. 141791
*Counsel for Defendant PepsiCo, Inc.*

30977717

<u>ATTACHMENT "A" – LIST OF SUBSIDIARIES</u>

Pursuant to Local Rule 87.1, Defendant PepsiCo, Inc. provides the following complete list of its subsidiaries:

- Alimentos del Istmo, S.A.

- Alimentos Quaker Oats y Compania Limitada

- Amavale Agricola Ltda.

- Anderson Hill Insurance Limited

- Asia Bottlers Limited

- BAESA Capital Corporation Ltd.

- Balmoral Industries LLC

- Bare Foods Co.

- Barrhead LLC

- Beaman Bottling Company

- Bebidas Sudamerica S.A.

- Beech Limited

- Bell Taco Funding Syndicate

- Bendler Investments II Ltd

- Bendler Investments S.à r.l

- Beverage Services Limited

- Beverages, Foods & Service Industries, Inc.

- BFY Brands Limited

- BFY Brands, LLC

- Bishkeksut, OJSC

- Blaue NC, S. de R.L. de C.V.

- Blue Cloud Distribution of Arizona, Inc.

- Blue Cloud Distribution of Arkansas, Inc.

- Blue Cloud Distribution of Colorado, Inc.

- Blue Cloud Distribution of Florida, Inc.

- Blue Cloud Distribution of Georgia, Inc.

- Blue Cloud Distribution of Illinois, Inc.

- Blue Cloud Distribution of Indiana, Inc.

- Blue Cloud Distribution of Iowa, Inc.

- Blue Cloud Distribution of Kentucky, Inc.

- Blue Cloud Distribution of Louisiana, Inc.

- Blue Cloud Distribution of Minnesota, Inc.

- Blue Cloud Distribution of Mississippi, Inc.

- Blue Cloud Distribution of Missouri, Inc.

- Blue Cloud Distribution of Nebraska, Inc.

- Blue Cloud Distribution of Nevada, Inc.

- Blue Cloud Distribution of North Carolina, Inc.

- Blue Cloud Distribution of Ohio, Inc.

- Blue Cloud Distribution of Oklahoma, Inc.

- Blue Cloud Distribution of Pennsylvania, Inc.

- Blue Cloud Distribution of South Carolina, Inc.

- Blue Cloud Distribution of Tennessee, Inc.

- Blue Cloud Distribution of Texas, Inc.

- Blue Cloud Distribution of Virginia, Inc.

- Blue Cloud Distribution of Wisconsin, Inc.

- Blue Cloud Distribution, Inc.

- Blue Ridge Sales, LLC

- Bluebird Foods Limited

- Bluecan Holdings Unlimited Company

- Bokomo Zambia Limited

- Bolsherechensky Molkombinat, JSC

- Boquitas Fiestas S.R.L.

- Boquitas Fiestas, LLC

- Bottling Group Financing, LLC

- Bottling Group Holdings, LLC

- Bottling Group, LLC

- Bronte Industries, Ltd

- BUG de Mexico, S.A. de C.V.

- C & I Leasing, Inc.

- Caroni Investments, LLC

- CB Manufacturing Company, Inc.

- CEME Holdings, LLC

- Centro-Mediterranea de Bebidas Carbonicas PepsiCo, S.L.

- Ceres Fruit Juices (Pty) Ltd

- ChampBev, Inc.

- China Concentrate Holdings (Hong Kong) Limited

- Chipsy for Food Industries S.A.E.

- Chipsy International for Food Industries S.A.E.

- Chitos Internacional y Cia Ltda

- Cipa Industrial de Produtos Alimentares Ltda.

- Cipa Nordeste Industrial de Produtos Alimentares Ltda.

- CMC Investment Company

- Cocina Autentica, Inc.

- Comercializadora CMC Investment y Compania Limitada

- Comercializadora Nacional SAS Ltda.

- Comercializadora PepsiCo Mexico, S de R.L. de C.V.

- Compania de Bebidas PepsiCo, S.L.

- Concentrate Holding Uruguay Pte. Ltd.

- Concentrate Manufacturing (Singapore) Pte. Ltd.

- Confiteria Alegro, S. de R.L. de C.V.

- Copper Beech International, LLC

- Corina Snacks Limited

- Corporativo Internacional Mexicano, S. de R.L. de C.V.

- CytoSport Holdings, Inc.

- CytoSport, Inc.

- Davlyn Realty Corporation

- Defosto Holdings Limited

- Desarrollo Inmobiliario Gamesa, S. de R.L. de C.V.

- Donon Holdings Limited

- Drinkfinity USA, Inc.

- Drinkstation Innovation Co., Ltd.

- Drinkstation Limited

- Drinkstation, Inc.

- Dutch Snacks Holding, S.A. de C.V.Mexico

- Duyvis Production B.V.

- Echo Bay Holdings, Inc.

- Elaboradora Argentina de Cereales S.R.L.

- Enter Logistica, LLC

- Environ at Inverrary Partnership

- Environ of Inverrary, Inc.

- EPIC Enterprises, Inc.

- Eridanus Investments S.à r.l

- Evercrisp Snack Productos de Chile S.A.

- Fabrica de Productos Alimenticios Rene y Cia S.C.A.

- Fabrica PepsiCo Mexicali, S. de R.L. de C.V.

- Fairlight International SRL

- Far East Bottlers (Hong Kong) Limited

- FL Transportation, Inc.

- FLI Andean, LLC

- FLI Colombia, LLC

- FLI Snacks Andean GP, LLC

- Food Concepts Pioneer Ltd.

- Forest Akers Nederland B.V.

- Forty-Six Peaks Holding, Inc.

- Fovarosi Asvanyviz es Uditoipari Zartkoruen Mukodo Reszvenytarsasag

- Freshwater International B.V.

- Frito Lay de Guatemala y Compania Limitada

- Frito Lay Gida Sanayi Ve Ticaret Anonim Sirketi

- Frito Lay Poland Sp. z o.o.

- Frito Lay Sp. z o.o.

- Frito-Lay Australia Holdings Pty Limited

- Frito-Lay Dip Company, Inc.

- Frito-Lay Dominicana, S.A.

- Frito-Lay Global Investments B.V.

- Frito-Lay Investments B.V.

- Frito-Lay Manufacturing LLC

- Frito-Lay Netherlands Holding B.V.

- Frito-Lay North America, Inc.

- Frito-Lay Sales, Inc.

- Frito-Lay Trading Company (Europe) GmbH

- Frito-Lay Trading Company (Poland) GmbH

- Frito-Lay Trading Company GmbH

- Frito-Lay Trinidad Unlimited

- Frito-Lay, Inc.

- Fruko Mesrubat Sanayi Limited Sirketi

- Gambrinus Investments Limited

- Gamesa LLC

- Gamesa, S. de R.L. de C.V.

Page 8 of 30

- Gas Natural de Merida, S. A. de C. V.

- Gatorade Puerto Rico Company

- GB Czech, LLC

- GB International, Inc.

- GB Russia LLC

- GB Slovak, LLC

- General Bottlers of Hungary, Inc.

- GMP Manufacturing, Inc.

- Golden Grain Company

- Goveh S.R.L.

- Grayhawk Leasing, LLC

- Green Hemlock International, LLC

- Grupo Frito Lay y Compania Limitada

- Grupo Gamesa, S. de R.L. de C.V.

- Grupo Sabritas, S. de R.L. de C.V.

- Gulkevichskiy Maslozavod, JSC

- Hangzhou Baicaowei Corporate Management Consulting Co., Ltd.

- Hangzhou Haomusi Food Co., Ltd.

- Hangzhou Tao Dao Technology Co., Ltd.

- Health Warrior, Inc.

- Heathland, LP

- Helioscope Limited

- Hillbrook, Inc.

- Hillgrove, Inc.

- Hillwood Bottling, LLC

- Hogganfield Limited Partnership

- Holding Company "Opolie" JSC

- Homefinding Company of Texas

- Hudson Valley Insurance Company

- IC Equities, Inc.

- Inmobiliaria Interamericana, S.A. De C.V.

- Integrated Beverage Services (Bangladesh) Limited

- Integrated Foods & Beverages Pvt. Ltd.

- International Bottlers Management Co. LLC

- International KAS Aktiengesellschaft

- Inversiones Borneo S.R.L.

- Inversiones PFI Chile Limitada

- Inviting Foods Holdings, Inc.

- Inviting Foods LLC

- KAS Anorthosis S.à r.l

- KAS S.L.

- Kinvara, LLC

- Kungursky Molkombinat, JSC

- Larragana S.L.

- Latin American Holdings Ltd.

- Latin American Snack Foods ApS

- Latin Foods International, LLC

- Lebedyansky Holdings, LLC

- Lebedyansky, LLC

- Limited Liability Company "Sandora"

- Linkbay Limited

- Lithuanian Snacks UAB

- Marbo d.o.o. Laktasi

- Marbo Product d.o.o. Beograd

- Matudis - Comercio de Produtos Alimentares, Limitada

- Matutano - Sociedade de Produtos Alimentares, Lda.

- Mid-America Improvement Corporation

- Mountainview Insurance Company, Inc.

- NCJV, LLC

- New Bern Transport Corporation

- New Century Beverage Company, LLC

- Noble Leasing LLC

- Northeast Hot-Fill Co-op, Inc.

- Office at Solyanka LLC

- Onbiso Inversiones, S.L.

- One World Enterprises, LLC

- One World Investors, Inc.

- P-A Barbados Bottling Company, LLC

- P-A Bottlers (Barbados) SRL

- P-Americas, LLC

- Papas Chips S.A.

- PAS Luxembourg, S.à r.l

- PAS Netherlands B.V.

- PBG Canada Holdings II, LLC

- PBG Canada Holdings, Inc.

- PBG Cyprus Holdings Limited

- PBG Investment Partnership

- PBG Midwest Holdings S.à r.l

- PBG Soda Can Holdings, S.à r.l

- PCBL, LLC

- PCNA Manufacturing, Inc.

- Pei N.V.

- Pep Trade LLC

- Pepsi B.V.

- Pepsi Beverages Holdings, Inc.

- Pepsi Bottling Group Global Finance, LLC

- Pepsi Bottling Group Hoosiers B.V.

- Pepsi Bottling Holdings, Inc.

- Pepsi Bugshan Investments S.A.E.

- Pepsi Cola Colombia Ltda

- Pepsi Cola Egypt S.A.E.

- Pepsi Cola Panamericana S.R.L.

- Pepsi Cola Servis Ve Dagitim Limited Sirketi

- Pepsi Cola Trading Ireland

- Pepsi Logistics Company, Inc.

- Pepsi Northwest Beverages LLC

- Pepsi Overseas (Investments) Partnership

- Pepsi Promotions, Inc.

- PepsiCo (China) Limited

- PepsiCo (Malaysia) Sdn. Bhd.

- PepsiCo Alimentos Antioquia, Ltda.

- PepsiCo Alimentos Colombia Ltda.

- PepsiCo Alimentos de Bolivia S.R.L.

- PepsiCo Alimentos Ecuador Cia. Ltda.

- PepsiCo Alimentos Z.F., Ltda.

- PepsiCo Amacoco Bebidas Do Brasil Ltda.

- PepsiCo ANZ Holdings Pty Ltd

- PepsiCo Asia Research & Development Center Company Limited

- PepsiCo Australia Financing Cyprus Limited

- PepsiCo Australia Financing Limited Partnership

- PepsiCo Australia Financing Partner 1 LLC

- PepsiCo Australia Financing Partner 2 LLC

- PepsiCo Australia Financing Pty Ltd

- PepsiCo Australia Holdings Pty Limited

- PepsiCo Australia International

- PepsiCo Austria Services GmbH

- PepsiCo Azerbaijan Limited Liability Company

- PepsiCo BeLux BV

- PepsiCo Beverage Sales, LLC

- PepsiCo Beverage Singapore Pty Ltd

- PepsiCo Beverages (Hong Kong) Limited

- PepsiCo Beverages Bermuda Limited

- PepsiCo Beverages International Limited

- PepsiCo Beverages Italia Societa' A Responsabilita' Limitata

- PepsiCo Canada (Holdings) ULC

- PepsiCo Canada Finance, LLC

- PepsiCo Canada Investment ULC

- PepsiCo Canada ULC

- PepsiCo Captive Holdings, Inc.

- PepsiCo Caribbean, Inc.

- PepsiCo Consulting Polska Sp. z o.o.

- PepsiCo de Argentina S.R.L.

- PepsiCo De Bolivia S.R.L.

- PepsiCo de Mexico S. de R.L. de C.V.

- PepsiCo Del Paraguay S.R.L.

- PepsiCo Deutschland GmbH

- PepsiCo do Brasil Indústria e Comércio de Alimentos Ltda.

- PepsiCo do Brasil Ltda.

- PepsiCo Eesti AS

- PepsiCo Euro Bermuda Limited

- PepsiCo Euro Finance Antilles B.V.

- PepsiCo Europe Support Center, S.L.

- PepsiCo Finance (Antilles A) N.V.

- PepsiCo Finance (Antilles B) N.V.

- PepsiCo Finance (South Africa) (Proprietary) Limited

- PepsiCo Finance Americas Company

- PepsiCo Financial Shared Services, Inc.

- PepsiCo Food & Beverage Holdings Hong Kong Limited

- PepsiCo Foods (China) Company Limited

- PepsiCo Foods (Guangdong) Co., Ltd.

- PepsiCo Foods (Private) Limited

- PepsiCo Foods (Sichuan) Co., Ltd.

- PepsiCo Foods Group Pty Ltd

- PepsiCo Foods Nigeria Limited

- PepsiCo Foods Taiwan Co., Ltd.

- PepsiCo Foods Vietnam Company

- PepsiCo Foods, A.I.E.

- PepsiCo France SAS

- PepsiCo Global Business Services India LLP

- PepsiCo Global Business Services Poland Sp. z o.o.

- PepsiCo Global Holdings Limited

- PepsiCo Global Investments B.V.

- PepsiCo Global Investments S.à r.l

- PepsiCo Global Mobility, LLC

- PepsiCo Global Real Estate, Inc.

- PepsiCo Global Trading Solutions Unlimited Company

- PepsiCo Golden Holdings, Inc.

- PepsiCo Group Finance International B.V.

- PepsiCo Group Holdings International B.V.

- PepsiCo Group Spotswood Holdings S.à r.l

- PepsiCo Gulf International FZE

- PepsiCo Hellas Single Member Industrial and Commercial Société Anonyme

- PepsiCo Holding de Espana S.L.

- PepsiCo Holdings

- PepsiCo Holdings Toshkent LLC

- PepsiCo Holdings, LLC

- PepsiCo Hong Kong, LLC

- PepsiCo Iberia Servicios Centrales, S.L.

- PepsiCo India Holdings Private Limited

- PepsiCo India Sales Private Limited

- PepsiCo Internacional México, S. de R. L. de C. V.

- PepsiCo International Hong Kong Limited

- PepsiCo International Limited

- PepsiCo International Pte Ltd.

- PepsiCo Investments (Europe) I B.V.

- PepsiCo Investments Ltd.

- PepsiCo Ireland Food & Beverages Unlimited Company

- PepsiCo Japan Co., Ltd.

- PepsiCo Light B.V.

- PepsiCo Logistyka Sp. z o.o.

- PepsiCo Management Services SAS

- PepsiCo Manufacturing, A.I.E.

- PepsiCo Max B.V.

- PepsiCo Mexico Holdings, S. de R.L. de C.V.

- PepsiCo Nederland B.V.

- PepsiCo Nordic Denmark ApS

- PepsiCo Nordic Finland Oy

- PepsiCo Nordic Norway AS

- PepsiCo Nutrition Trading DMCC

- PepsiCo One B.V.

- PepsiCo Overseas Corporation

- PepsiCo Overseas Financing Partnership

- PepsiCo Panimex Inc

- PepsiCo Products B.V.PepsiCo Products FLLC

- PepsiCo Puerto Rico, Inc.

- PepsiCo Sales, Inc.

- PepsiCo Sales, LLC

- PepsiCo Services Asia Ltd.

- PepsiCo Services CZ s.r.o.

- PepsiCo Services, LLC

- PepsiCo Twist B.V.

- PepsiCo UK Pension Plan Trustee Limited

- PepsiCo Ventures B.V.

- PepsiCo Wave Holdings LLC

- PepsiCo World Trading Company, Inc.

- PepsiCo Y LLC

- Pepsi-Cola (Bermuda) Limited

- Pepsi-Cola (Thai) Trading Co., Ltd.

- Pepsi-Cola Advertising and Marketing, Inc.

- Pepsi-Cola Bottlers Holding C.V.

- Pepsi-Cola Bottling Company of Ft. Lauderdale-Palm Beach, LLC

- Pepsi-Cola Bottling Company Of St. Louis, Inc.

- Pepsi-Cola Company

- Pepsi-Cola de Honduras S.R.L.

- Pepsi-Cola Ecuador Cia. Ltda.

- Pepsi-Cola Far East Trade Development Co., Inc.

- Pepsi-Cola Finance, LLC

- Pepsi-Cola General Bottlers Poland Sp. z o.o.

- Pepsi-Cola Industrial da Amazonia Ltda.

- PepsiCola Interamericana de Guatemala S.A.

- Pepsi-Cola International (Private) Limited

- Pepsi-Cola International Limited

- Pepsi-Cola International Limited (U.S.A.)

- Pepsi-Cola International LLC

- Pepsi-Cola International, Cork

- Pepsi-Cola Korea Co., Ltd.

- Pepsi-Cola Management and Administrative Services, Inc.

- Pepsi-Cola Manufacturing (Mediterranean) Limited

- Pepsi-Cola Manufacturing Company Of Uruguay S.R.L.

- Pepsi-Cola Manufacturing International, Limited

- Pepsi-Cola Marketing Corp. Of P.R., Inc.

- Pepsi-Cola Mediterranean, Ltd.

- Pepsi-Cola Metropolitan Bottling Company, Inc.

- Pepsi-Cola Mexicana Holdings LLC

- Pepsi-Cola Mexicana, S. de R.L. de C.V.

- Pepsi-Cola National Marketing, LLC

- Pepsi-Cola of Corvallis, Inc.

- Pepsi-Cola Operating Company Of Chesapeake And Indianapolis

- Pepsi-Cola Sales and Distribution, Inc.

- Pepsi-Cola Technical Operations, Inc.

- Pet Iberia S.L.

- Pete & Johnny Limited

- Pine International Limited

- Pine International, LLC

- Pinstripe Leasing, LLC

- Pioneer Food Group (Pty) Ltd

- Pioneer Foods (Pty) Ltd

- Pioneer Foods Groceries (Pty) Ltd

- Pioneer Foods Holdings (Pty) Ltd

- Pioneer Foods UK Ltd

- Pioneer Foods Wellingtons (Pty) Ltd

- Pipers Crisps Limited

- PlayCo, Inc.

- PopCorners Holdings, Inc.

- Portfolio Concentrate Solutions Unlimited Company

- PR Beverages Cyprus (Russia) Holding Limited

- PR Beverages Cyprus Holding Limited

- PRB Luxembourg S.à r.l

- Premier Nutrition Trading L.L.C.

- Prestwick LLC

- Prev PepsiCo Sociedade Previdenciaria

- Productos Alimenticios René, LLC

- Productos S.A.S. C.V.

- Productos SAS Management B.V.

- PRS, Inc.

- PSAS Inversiones LLC

- PSE Logistica S.R.L.

- PT Quaker Indonesia

- Punch N.V.

- Punica Getranke GmbH

- Q O Puerto Rico, Inc.

- QFL OHQ Sdn. Bhd.

- QTG Development, Inc.

- QTG Services, Inc.

- Quadrant - Amroq Beverages S.R.L.

- Quaker Development B.V.

- Quaker European Beverages, LLC

- Quaker European Investments B.V.

- Quaker Foods

- Quaker Global Investments B.V.

- Quaker Holdings (UK) Limited

- Quaker Manufacturing, LLC

- Quaker Oats Asia, Inc.

- Quaker Oats Australia Pty Ltd

- Quaker Oats B.V.

- Quaker Oats Capital Corporation

- Quaker Oats Europe LLC

- Quaker Oats Europe, Inc.

- Quaker Oats Limited

- Quaker Sales & Distribution, Inc.

- Raptas Finance S.à r.l

- Rare Fare Foods, LLC

- Rare Fare Holdings, Inc.

- Reading Industries, Ltd

- Real Estate Holdings, LLC

- Rolling Frito-Lay Sales, LP

- S & T of Mississippi, Inc.

- Sabritas de Costa Rica, S. de R.L.

- Sabritas Snacks America Latina de Nicaragua y Cia, Ltda

- Sabritas y Cia. S en C de C.V.

- Sabritas, LLC

- Sabritas, S. de R.L. de C.V.

- Sakata Rice Snacks Australia Pty Ltd

- Sandora Holdings B.V.

- Saudi Snack Foods Company Limited

- Sea Eagle International SRL

- Seepoint Holdings Ltd.

- Senselet Food Processing PLC

- Senselet Holding B.V.

- Servicios Gamesa Puerto Rico, L.L.C.

- Servicios GBF, Sociedad de Responsabilidad Limitada

- Servicios GFLG y Compania Limitada

- Servicios SYC, S. de R.L. de C.V.

- Seven-Up Asia, Inc.

- Seven-Up Light B.V.

- Seven-Up Nederland B.V.

- Shanghai PepsiCo Snack Company Limited

- Shanghai YuHo Agricultural Development Co., Ltd

- Shoebill, LLC

- SIH International, LLC

- Simba (Proprietary) Limited

- Sitka Spruce

- Smartfoods, Inc.

- Smiles and Bites Holdings, S.de R.L. de C.V.

- Smiths Crisps Limited

- Snack Food Investments GmbH

- Snack Food Investments II GmbH

- Snack Food Investments Limited

- Snack Food-Beverage Asia Products Limited

- Snacks America Latina S.R.L.

- Snacks Guatemala, Ltd.

- So Spark Ltd.

- Soda-Club (CO2) Atlantic GmbH

- Soda-Club (CO2) GmbH

- Soda-Club CO2 Ltd.

- Soda-Club Switzerland GmbH

- Soda-Club Worldwide B.V.

- SodaStream (CO2) SA

- SodaStream (New Zealand) Ltd.

- SodaStream (SA) (Pty) Ltd.

- SodaStream (Switzerland) GmbH

- SodaStream Australia Pty Ltd

- SodaStream Canada Ltd.

- SodaStream Enterprises N.V.

- SodaStream France SAS

- SodaStream GmbH

- SodaStream Iberia, S.L.

- SodaStream Industries Ltd.

- SodaStream International B.V.

- SodaStream International Ltd.

- SodaStream Israel Ltd.

- SodaStream K.K.

- SodaStream Nordics AB

- SodaStream Österreich GmbH

- SodaStream Poland Sp. z o.o.

- SodaStream USA, Inc.

- South Beach Beverage Company, Inc.

- South Properties, Inc.

- Sportmex Internacional, S.A. de C.V.

- Springboig Industries, Ltd

- Spruce Limited

- Stacy's Pita Chip Company, Incorporated

- Star Foods E.M. S.R.L.

- Stokely-Van Camp, Inc.

- Stratosphere Communications Pty Ltd

- Stratosphere Holdings (2018) Limited

- Streamfoods Ltd

- SVC Logistics, Inc.

- SVC Manufacturing, Inc.

- SVE Russia Holdings GmbH

- Tasman Finance S.à r.l

- TFL Holdings, LLC

- The Gatorade Company

- The Good Carb Food Company Ltd.

- The Pepsi Bottling Group (Canada), ULC

- The Quaker Oats Company

- The Smith's Snackfood Company Pty Limited

- Thomond Group Holdings Limited

- Tobago Snack Holdings, LLC

- Tropicana Alvalle S.L.

- Tropicana Europe N.V.

- Tropicana United Kingdom Limited

- Troya-Ultra LLC

- United Foods Companies Restaurantes S.A.

- VentureCo (Israel) Ltd

- Veurne Snack Foods BV

- Vitamin Brands Ltd.

- Walkers Crisps Limited

- Walkers Group Limited

- Walkers Snack Foods Limited

- Walkers Snacks (Distribution) Limited

- Walkers Snacks Limited

- Whitman Corporation

- Whitman Insurance Co. Ltd.

- Wimm-Bill-Dann Beverages, JSC

- Wimm-Bill-Dann Brands Co. Ltd.

- Wimm-Bill-Dann Central Asia-Almaty, LLP

- Wimm-Bill-Dann Foods LLC

- Wimm-Bill-Dann Georgia Ltd.

- Wimm-Bill-Dann JS

- Wimm-Bill-Dann Ukraine, PJSC

## CERTIFICATE OF SERVICE

I have served Plaintiff in this case with **Corporate Disclosure Statement** by placing copies in the U.S. Mail in an envelope with sufficient postage, addressed as follows:

Brendan Purnell                                 Brendan Purnell
235 S. Queen Street, Suite 2                     2330 Scenic Hwy, Suite 300
Dover, DE 19904                                  Snellville, GA 30078

This 9th day of May, 2022.

HAWKINS PARNELL & YOUNG LLP

_____
Martin A. Levinson
Georgia Bar No. 141791
*Counsel for Defendant PepsiCo, Inc.*

303 Peachtree Street, N.E.
Suite 4000
Atlanta, GA 30308-3243
(404) 614-7400
(404) 614-7500 (fax)
mlevinson@hpylaw.com