IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BRENDAN PURNELL, | * |
| Plaintiff, | * |
| v. | Case No.7:22-cv-43 (WLS) |
| | * |
| PEPSICO INC., et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 25, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants and against Plaintiff.

This 25th day of September, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk